# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Gregorio Carmona, | ) | |
| | ) | Case No. 15 CV 00462 |
| Plaintiff, | ) | |
| | ) | Judge St. Eve. |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| City of Chicago *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STATEMENT OF DEATH UPON THE RECORD

Undersigned attorney, Kristin M. Pinkston, Assistant Corporation Counsel – Supervisor, pursuant to Federal Rule of Civil Procedure 25(a)(1), submits the following Statement of Death Upon the Record and states as follows:

Former City of Chicago Police Department employee Kimberly Zalinski is a named defendant in this lawsuit. Undersigned counsel has determined that Ms. Zalinski passed away on June 12, 2016.

                                                  Respectfully submitted,

                                                  */s/ Kristin M. Pinkston*
                                                  Kristin M. Pinkston
                                                  Assistant Corporation Counsel – Supervisor

Kristin M. Pinkston
C. Ester Choi
City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 N. LaSalle, Suite 900
Chicago, Illinois 60602
(312) 744-9212
Atty No. 6297426

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2018, I served a true and correct copy of the foregoing Statement of Death Upon the Record upon Plaintiff, via his attorneys of record, and all other parties of record, using the CM/ECF system which causes a true and correct copy of filed documents to be electronically delivered to all electronically registered parties of record.

                                                          Respectfully Submitted,

            By:          */s/ Kristin M. Pinkston*
                                Kristin M. Pinkston