UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Gregorio Carmona, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-cv-00462 |
| | ) | |
| v. | ) | Judge St. Eve. |
| | ) | |
| City of Chicago, *et al*, | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

TO:   C. Ester Choi, Asst Corporation Counsel
Kristen M. Pinkston, Asst Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, IL  60602

The undersigned attorney certifies under penalties as provided by law that I served:

1. PLAINTIFF GREGARIO CARMONA'S RESPONSE TO DEFENDANT OFFICER REPPEN'S FIRST SET OF INTERROGATORIES.
2. PLAINTIFF GREGARIO CARMONA'S RESPONSE TO DEFENDANT OFFICER JACOBS'S FIRST SET OF INTERROGATORIES.
3. PLAINTIFF GREGARIO CARMONA'S RESPONSE TO DEFENDANT OFFICER GARCIA'S FIRST SET OF INTERROGATORIES.
4. PLAINTIFF GREGARIO CARMONA'S RESPONSE TO THE CITY OF CHICAGO'S REQUEST TO PRODUCE.

To the above named party by depositing the same in the U.S. Mail at 5130 S. Archer Avenue, Chicago, Illinois before the hour of 5:00 p.m., with proper postage prepaid, on May 1, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　  /s/Anthony J. Peraica
　　　　　　　　　　　　　　　　　　　　　　　　Anthony J. Peraica

Anthony J. Peraica & Associates, Ltd.
Attorneys for Plaintiff
5130 S. Archer Avenue
Chicago, IL  60632
773-735-1700
ARDC NO:  6186661