# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| GREGORIO CARMONA, | ) | |
| | ) | |
| | ) | Case No.   2015 CV 00462 |
| Plaintiff(s), | ) | |
| | ) | Honorable Judge  Gary Feinerman |
| | ) | |
| CITY OF CHICAGO *et al*, | ) | |
| | ) | |
| Defendant(s) | ) | |

## STIPULATION OF DISMISSAL OF DEFENDANTS
## KIMBERLY ZALINSKI AND OFFICER TOWES

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their attorneys of record, that pursuant to Fed. R. Civ. P. 41, Defendants Kimberly Zalinski and Officer Towes are voluntarily dismissed from this cause with prejudice. Each side shall bear its own cost and attorneys' fees.

Dated: February 13, 2019                                          Respectfully submitted,

By:   */s/ Jennifer Marie Hill*                                  */s/ Allison L. Romelfanger*
        Jennifer Marie Hill                                               Allison L. Romelfanger
        Peraica & Associates, LTD                               City of Chicago, Dept. of Law
        5130 S. Archer Ave.                                          30 N. LaSalle, Suite 900
        Chicago, Illinois 60632                                      Chicago, Illinois 60602
        Attorney No.6284880                                        Attorney No. 6310033
        ***Attorney for Plaintiff***                                  ***Attorney for Defendants***