UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGARIO CARMONA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:15-cv-462 |
| ) | |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff; Gregario Carmona, by his attorney Anthony J. Peraica & Associates, Ltd. Former Associate NaVarrio Wilkerson, respectfully requests that this Court grant NaVarrio Wilkerson leave to withdraw his appearance as one of the attorneys of record in this. In support of this motion, Plaintiffs state as follows:

1. Gregario Carmona is represented in this matter by Anthony J. Peraica & Associates, Ltd.

2. NaVarrio Wilkerson was an associate and has been one of the attorneys-of-record in this matter.

3. NaVarrio Wilkerson has resigned from Anthony J. Peraica & Associates and will no longer be involved in the representation of Gregario Carmona.

4. Anthony J. Peraica & Associates is counsel-of –record for Gregario Carmona and will handle all further litigation in this case on behalf of Gregario Carmona.

5. Accordingly, Gregario Carmona seeks to withdraw the appearance of NaVarrio Wilkerson.

WHEREFORE, Plaintiff Gregario Carmona respectfully request that the Court enter an order terminating the appearance of NaVarrio Wilkerson in this action and to terminate notifications to him in this matter.

          Respectfully submitted,

          By:    <u>s/ NaVarrio Wilkerson</u>

NaVarrio Wilkerosn, ARDC NO.: 6318242
Illinois Advocates, LLC.
77 W. Washington
Chicago, Illinois  60602
312-818-6700