# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Gregorio Carmona

                               Plaintiff,

v.                                                      Case No.: 1:15−cv−00462
                                                                 Honorable Gary Feinerman

City Of Chicago, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 6, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Motion to withdraw as attorney [142] is granted. Attorney Navarrio Douglas Wilkerson terminated as counsel for Plaintiff. Motion hearing set for 3/11/2019 [141] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.