**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORIO CARMONA, | ) | |
| | ) | |
| | ) | Case No. 2015 CV 00462 |
| Plaintiff(s), | ) | |
| | ) | Judge: Gary Feinerman |
| | ) | |
| CITY OF CHICAGO *et al,* | ) | |
| | ) | |
| Defendant(s) | ) | |

**DEFENDANTS' EXHIBIT LIST**

Defendants Daniel Jacobs, Jose Garcia, Cesar Guzman Guzman, Fred Schall, Tracy Fanning, and Neil Francis (collectively "Defendants"), by and through one of their attorneys, Jennifer Bagby, Chief Assistant Corporation Counsel, upon the Court's request of October 17, 2019, submit the following list of *"Will Use"* and *"May Use"* trial exhibits with previously asserted objections and statements of admissibility. Defendants have included relevant deposition exhibits where applicable.

**DEFENDANTS' EXHIBITS – WILL USE**

| Defendants' Exhibit No. | Description of Exhibit | Objection and basis | Assertion of Admissibility |
|---|---|---|---|
| 1. | CPD Area File (FCRL 1509-1937) | No objection | Refreshing recollection only |
| 2. | Medical Examiner's Report of Post Mortem Examination (FCRL 2241-2257) | No objection | |
| 3. | Medical Examiner photographs (FCRL 2258-2271) | Relevance; unfairly prejudicial (FRE 403) | Admissible to show injuries sustained in fire to extent Plaintiff disputes Ms. Martinez-Rayo's cause of death and to extent assist ME in explaining opinions |
| 5. | Portions of CCSAO file (FCRL 7377-7379; 7594-7613) | Hearsay; unfair prejudice (FRE 403) | Refreshing recollection only |
| 6. | Photographs (FCRL 1158 – 1236) | Objection as to any photos FCRL other than at the scene and of Plaintiff; relevance, unfair prejudice (FRE 403) | Admissible to explain the scene and investigation done by detectives in this matter |
| 7. | Video recorded forensic interview of Erica Carmona | Hearsay, unfairly prejudicial (FRE 403) | Admissible to explain course of conduct / effect on listener for why defendants did what they did in this matter and the basis for the probable cause in this matter. |
| 9. | Deposition of Gregorio Carmona and Deposition Exhibits | Plaintiff objects to the transcript being substantively admitted into evidence, as it contains objections not yet ruled upon and potentially inadmissible evidence under Fed. R.Evid. 401, 403 | Refreshing recollection or impeachment. Statement of a party opponent. |

| | | | |
|---|---|---|---|
| 9 – 1 | Photograph of building | | |
| 9 - 2 | Amended Complaint | | |
| 9 – 6 | Hand drawn diagram | | |
| 9 – 7 | Consent to collect biological samples signed by Plaintiff (English) | | |
| 9 – 8 | Consent to collect biological samples signed by Plaintiff (Spanish) | | |
| 10. | Deposition of Edwin Dantes | Plaintiff objects to the transcript being substantively admitted into evidence, as it contains objections not yet ruled upon and potentially inadmissible evidence under Fed. R.Evid. 401, 403 | Subject to the parties making designations and rulings of this Court for admissibility on deposition testimony |
| 13. | CV of Dr. Lauren M. Woretz | Hearsay | ME Lauren Woretz is able to testify as to the contents of her CV and the experience and education contained therein. |
| 25. | News Footage of Gregorio Carmona from CBS 2 News, June 15, 2017 | Relevance, unfair prejudice and confusion (FRE 403) | Statement of a party opponent; motive (*portions to be redacted, subject to rulings on Defendants' Motions in Limine*) |

## DEFENDANTS' EXHIBITS – MAY USE

| Defendants' Exhibit No. | Description of Exhibit | Objection and basis | Assertion of Admissibility |
|---|---|---|---|
| 1. | CPD Area File (FCRL 36-427; 428-893; 909-993) | No objection | Refreshing recollection only |
| 4. | ERI videos of Plaintiff (FCRL 3825-3892); specifically, portions of FCRL 3827, 3828, 3829, 3832, 3835, 3836, 3837, 3838, 3839, 3848, 3849, 3850, 3851, 3852 | Relevance; unfairly prejudicial and confusing (FRE 403); interview was conducted in Spanish, no foundation for translation | Admissible as admission by a party-opponent. Fed. R.Evid. 801(d)(2). Goes to the investigation done by the detectives in this case and probable cause. Can easily be translated at trial. |
| 6. | Photographs (FCRL 7777-7872; 1938-2232) | Objection as to any photos FCRL other than at the scene and of Plaintiff; relevance, unfair prejudice (FRE 403) | Admissible to explain the scene and investigation done by detectives in this matter |
| 8. | 13 CR 3753 - Criminal court transcripts; portions of testimony from 1/29/2014; 8/14/2014; 10/25/2016; 12/27/2016; 1/20/2017 | Vague (unclear which portions of the transcript are offered) | Dates listed for impeachment purposes only |
| 11. | Deposition of Elena Perez | Plaintiff objects to the transcript being substantively admitted into evidence, as it contains objections not yet ruled upon and potentially inadmissible evidence under Fed. R.Evid. 401, 403 | Refreshing recollection or impeachment only |
| 12. | Deposition of Dr. Lauren Woretz | Plaintiff objects to the transcript being substantively | Refreshing recollection or impeachment only |

| | | | |
|---|---|---|---|
| | | admitted into evidence, as it contains objections not yet ruled upon and potentially inadmissible evidence under Fed. R.Evid. 401, 403; foundation for statements regarding manner of death | |
| 14. | Deposition of Raymundo Carmona | Plaintiff objects to the transcript being substantively admitted into evidence, as it contains objections not yet ruled upon and potentially inadmissible evidence under Fed. R.Evid. 401, 403 | Refreshing recollection or impeachment only |
| 15. | Gregorio Carmona's Response to Defendant Officer Reppen's First Set of Interrogatories | Plaintiff objects to the responses being substantively admitted into evidence, as it contains objections not yet ruled upon and potentially inadmissible evidence under Fed. R.Evid. 401, 403 | Refreshing recollection or impeachment only |
| 16. | Plaintiff Gregorio Carmona's Response to Defendant Officer Jacob's First Set of Interrogatories | Plaintiff objects to the responses being substantively admitted into evidence, as it contains objections not yet ruled upon and potentially inadmissible evidence under Fed. R.Evid. 401, 403 | Refreshing recollection or impeachment only |
| 17. | Plaintiff Gregorio Carmona's | Plaintiff objects to the responses being | Refreshing recollection or impeachment only |

|  | | | |
|---|---|---|---|
|  | Responses to Defendant Officer Garcia's First Set of Interrogatories | substantively admitted into evidence, as it contains objections not yet ruled upon and potentially inadmissible evidence under Fed. R.Evid. 401, 403 | |
| 18. | Plaintiff's Amended Responses to Defendant Officer Garcia's Second Set of Interrogatories | Plaintiff objects to the responses being substantively admitted into evidence, as it contains objections not yet ruled upon and potentially inadmissible evidence under Fed. R.Evid. 401, 403 | Refreshing recollection or impeachment only |
| 19. | Ambulance Report (FCRL000033-000035) | Joint, no objection | Refreshing recollection only |
| 20. | CFD Incident Report (FCRL 0000906 – 0001005) | No objection | Refreshing recollection only |
| 21. | Crime Scene Processing Report (FCRL 001061 – 001066) | No objection | Refreshing recollection only |
| 22. | Crime Scene Processing Report (FCRL 000591 – 00594) | No objection | Refreshing recollection only |
| 23. | Certified Statement of Disposition, 13CR3753, *People v. Gregorio Carmona* | No objection | . |

| 24. | Swedish Covenant Hospital Medical Records | Foundation | For use as refreshing recollection or impeachment or to the extent they contain statements of a party-opponent. |
|---|---|---|---|
| 26. | Grand Jury Indictment | Unfair prejudice and confusion (FRE 403) | For use as impeachment or for refreshing recollection. |
| 27. | ISP Reports of Adrienne Bickel (FCRL 1111-1112; 1654-1657) | No objection | For refreshing recollection |

                            Respectfully Submitted,

BY:    /s/ *Jennifer K. Bagby*
             Jennifer K. Bagby
             Chief Assistant Corporation Counsel

Federal Civil Rights Litigation Division
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, IL 60602
(312) 742-6408
Attorney No.6271898
Jennifer.Bagby@cityofchicago.org

## CERTIFICATE OF SERVICE

    I hereby certify that on October 22, 2019, I served a copy of **DEFENDANTS' LIST OF "WILL USE" AND "MAY USE" TRIAL EXHIBITS** upon Plaintiff via his attorney of record by causing it to be filed by the CM / ECF system.

                            */s/Jennifer K. Bagby*
                            Jennifer K. Bagby