IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Gregorio Carmona, | ) |
| | ) No. 15-cv-462 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Hon. Judge Gary Feinerman |
| City of Chicago, et. al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

/s/ Anthony J. Peraica

Anthony J. Peraica
Anthony J. Peraica & Associates, Ltd.
Attorney for Plaintiff, Gregorio Carmona
5130 S. Archer Avenue
Chicago, Illinois 60632
(773) 735-1700, Attorney No. 54011
FEIN: 36-3833884
DATE: 10-31-19

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

MARK A. FLESSNER
Corporation Counsel
Attorney for City of Chicago
BY: /s/ Jessica Felker
~~Caroline Fronczak~~ Jessica Felker
Deputy ~~Chief~~ Assistant Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6284817 / 6290357
DATE: 11-1-19

/s/ Allison Romelfanger

Allison Romelfanger
Assistant Corporation Counsel Supervisor
Attorney for Defendants, Neil Francis, Tracy Fanning, Fred Schall, Daniel Jacobs, Cesar Guzman, and Jose Garcia
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-5890, Attorney No. 6310033
DATE: 11-1-2019

2